UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LORETO, *on behalf of himself and all others similarly situated*,<br><br>  Plaintiff,<br><br>  v.<br><br>GENERAL DYNAMICS INFORMATION TECHNOLOGY, INC., et al.,<br><br>  Defendants. | CASE NO.: 19cv1366-GPC (MSB)<br><br>**ORDER GRANTING IN PART JOINT MOTION TO MODIFY SCHEDULING ORDER AND DENYING MOTION TO FILE DEFENDANT'S AMENDED ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br>**[ECF NO. 31]** |

   Currently pending before the Court is the parties' "Joint Motion to Modify the Scheduling Order and File Defendant's Amended Answer to Plaintiff's First Amended Complaint" ("Joint Motion"), filed on July 22, 2020. (ECF No. 31.)

   In their Joint Motion, the parties explain that Defendant General Dynamics Information Technology ("GDIT") substituted new counsel on June 24, 2020, who seeks to amend GDIT's answer to assert additional affirmative defenses. (Id. at 3-4.) Plaintiff does not oppose GDIT's request. (Id. at 4.) Furthermore, the parties have agreed to engage in private mediation, which they scheduled with Michael E. Dickstein on October 2, 2020, the earliest available date. (Id.) Based on the

foregoing, the parties agree good cause exists to extend the expired February 12, 2020 deadline to file a motion to amend the pleadings to permit GDIT's efforts to file an amended answer and to vacate the current deadlines for serving written discovery and filing a class certification motion, September 14, 2020 and October 13, 2020, respectively.  (Id.)

The parties' request to permit GDIT to file an amended answer does not comply with Civil Local Rule 15.1(b), which requires the parties to include a "version of the proposed amended pleading that shows---through redlining, underlining, strikeouts, or other similarly effective typographic methods---how the proposed amended pleading differs from the operative pleading." CivLR 15.1(b). The request to permit GDIT to file its Amended Answer is therefore **DENIED without prejudice**.  Based on the parties' agreement to mediate and modify the schedule, the Court finds good cause to **GRANT in part** the joint motion to modify the scheduling order as follows:

1. The deadline for GDIT (or the parties jointly) to file a **motion to amend the pleadings consistent with the Civil Local Rule 15.1(b)** is extended to **August 7, 2020**;

2. The September 14, 2020 deadline for the parties to serve written discovery and the October 13, 2020 deadline for a motion for class certification are **CONTINUED** by approximately 90 days to **December 14, 2020** for the deadline to serve written discovery and **January 14, 2021** for the deadline to file a motion for class certification; and

3. The Parties will file a joint report by **November 2, 2020**, informing the Court of the status of the Parties' mediation.

IT IS SO ORDERED.

Dated: July 30, 2020

_____
Honorable Michael S. Berg
United States Magistrate Judge