**COHELAN KHOURY & SINGER**
Michael D. Singer (SBN 115301)
msinger@ckslaw.com
Jeff Geraci (SBN 151519)
jgeraci@ckslaw.com
605 C Street, Suite 200
San Diego, CA 92101
Telephone: 619.595.3001 / Facsimile: 619.595.3000

**FERRARO VEGA EMPLOYMENT LAWYERS, INC.**
Nicholas J. Ferraro (SBN 306528)
nick@ferrarovega.com
2305 Historic Decatur Road, Suite 100
San Diego, CA 92106
Telephone: (619) 693-7727

Attorneys for Plaintiff JOSE LORETO

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LORETO, on behalf of himself and all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>GENERAL DYNAMICS INFORMATION TECHNOLOGY, INC., a Virginia Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:19-cv-01366-GPC-MSB<br><br>**CLASS ACTION**<br><br>**NOTICE OF PLAINTIFF'S <u>RENEWED</u> MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:    July 23, 2021<br>Time:    1:30 p.m.<br>Judge:   Gonzalo P. Curiel<br>Ctrm.:   2D (2nd Floor)<br><br>Action filed:   July 23, 2019<br>Trial Date:     Not set |

PLEASE TAKE NOTICE that on July 23, 2021 at 1:30 p.m., or as soon as the matter may be heard in Courtroom 2D (2nd Floor) of the above-captioned court, located at 221 West Broadway, San Diego, California 92101, the Honorable Gonzalo P. Curiel presiding, Plaintiff Jose Loreto, on behalf of himself and all others similarly situated, will move this Court for an Order:

1. Preliminarily approving the proposed class action and Private Attorneys' General Act Settlement as fair, adequate, and reasonable based on the terms of the Joint Stipulation of Class Action Settlement and Release ("Settlement Agreement"), attached as Exhibit 1 to the Declaration of Jeff Geraci, including the payment by Defendant General Dynamics Information Technology, Inc. of the $900,000 Maximum Settlement Amount;

2. Conditionally certifying the Class defined as all individuals employed by General Dynamics Information Technology, Inc. in a non-exempt job position at a work location in California, according to General Dynamics Information Technology, Inc.'s records, at any time between July 23, 2015 and the date the settlement is preliminarily approved;

2. Approving distribution of the proposed Notice of Settlement, attached as Exhibit A to the Settlement Agreement;

3. Appointing Plaintiff Jose Loreto as the class representative;

4. Appointing Cohelan Khoury & Singer and Ferraro Vega Employment Lawyers, Inc. as class counsel;

5. Appointing CPT Group, Inc. as the Settlement Administrator; and

6. Setting a fairness hearing to consider Final Approval of the Settlement;

7. Setting a hearing date and briefing schedule to consider Plaintiff's Motion for Order Granting Final Approval of Class Action Settlement which includes Plaintiff's request for an award of attorneys' fees, litigation costs, Class Representative service payment, Settlement Administrator's expenses, and

1  payment to the California's Labor and Workforce Development Agency of Private
2  Attorneys General Act ("PAGA") penalties.
3      This motion is made on the grounds that Plaintiff Jose Loreto and
4  Defendant General Dynamics Information Technology, Inc. have reached a
5  proposed Settlement which they believe to be fair, reasonable and adequate and in
6  the best interests of the Class.
7      This Motion is based upon this Notice of Renewed Motion and Renewed
8  Motion, the Memorandum of Points and Authorities, Declarations of Class
9  Counsel Jeff Geraci and Nicholas J. Ferraro, Declaration of Plaintiff Jose Loreto,
10 Declaration of Julie Green on behalf of CPT Group, Inc., the proposed Settlement
11 Agreement, the [Proposed] Order Granting Preliminary approval of Class Action
12 Settlement, the Court's files in this matter, and any other documents or evidence
13 which the Court may consider when ruling on this motion for order granting
14 preliminary approval.

Respectfully submitted,

COHELAN KHOURY & SINGER
FERRARO EMPLOYMENT LAW, INC.

Dated: June 7, 2021     By: s/ Jeff Geraci
                Jeff Geraci, Esq.
                Attorneys for Plaintiff JOSE LORETO

COHELAN KHOURY & SINGER
605 C Street, Suite 200
San Diego, CA 92101