**COHELAN KHOURY & SINGER**
Michael D. Singer (SBN 115301)
msinger@ckslaw.com
Jeff Geraci, CA Bar No. SBN 151519
jgeraci@ckslaw.com
605 C Street, Suite 200
San Diego, CA 92101
Telephone: 619.595.3001 / Facsimile: 619.595.3000

**FERRARO VEGA EMPLOYMENT LAWYERS, INC.**
Nicholas J. Ferraro (SBN 306528)
nick@ferrarovega.com
3160 Camino del Rio South, Suite 308
San Diego, California 92108
Telephone: (619) 693-7727

Attorneys for Plaintiff JOSE LORETO

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LORETO, on behalf of himself and all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>GENERAL DYNAMICS INFORMATION TECHNOLOGY, INC., a Virginia Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:19-cv-01366-GPC-MSB<br><br>**CLASS ACTION**<br><br>**NOTICE OF MOTION AND MOTION FOR ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND ENTERING JUDGMENT**<br><br>Date:  January 28, 2022<br>Time:  1:30 p.m.<br>Judge: Gonzalo P. Curiel<br>Ctrm.: 2D (2nd Floor)<br><br>Action filed: July 23, 2019<br>Trial Date: Not set |

1  PLEASE TAKE NOTICE that on January 28, 2022 at 1:30 p.m., or as soon as the matter may be heard in Courtroom 2D (2nd Floor) of the above-captioned court, located at 221 West Broadway, San Diego, California 92101, the Honorable Gonzalo P. Curiel presiding, Plaintiff Jose Loreto, on behalf of himself and the provisionally certified class, will move this Court for an Order Granting Final Approval of Class Action Settlement and Entering Judgment.

This motion is based on this Notice of Motion, Memorandum of Points and Authorities in Support, Declaration of Erin La Russa on behalf of the appointed administrator, CPT Group, Inc., Declaration of Class Counsel Jeff Geraci, the Motion for Attorney's Fees and Costs, and Incentive Award [ECF 59], Joint Stipulation of Class Action Settlement and Release [ECF No. 49-2, pp. 21-105], Amendment to Joint Stipulation of Class Action Settlement and Release [ECF No. 52, pp. 4-5], Order Granting Renewed Motion for Preliminary Approval of Proposed Class Action Settlement [ECF No. 53], other records and files in this case, and such other matters as may be properly presented at or before the hearing.

Respectfully submitted,

COHELAN KHOURY & SINGER
FERRARO VEGA EMPLOYMENT LAWYERS, INC.

Dated: December 16, 2021   By: s/ Jeff Geraci
                           Jeff Geraci, Esq.
                           Attorneys for Plaintiff JOSE LORETO

- 1 -

Notice of Motion and Motion for Final Approval of Class Action Settlement
Case No. 3:19-CV-01366-GPC-MSB